Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY KAREN JOHNSON, | ) |
| | ) CASE NO.: CV 13-6222-PLA |
| Plaintiff, | ) |
| v. | ) |
| | ) STIPULATION FOR AWARD |
| CAROLYN W. COLVIN, Acting, | ) OF EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND DOLLARS AND 00/100 ($2,000.00) subject to the terms of the stipulation.

DATED:  June 26, 2014

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-